FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 25 PM 3:05
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN DURANT PHOTOGRAPHER, LLC,

    Plaintiff,

v.

GLOBAL PLASMA SOLUTIONS, LLC,

    Defendant.

CASE NO. CV418-41

# ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. As a result, Plaintiff's Motion to Strike Answer to Complaint (Doc. 9) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA